## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walton Sr, Ronald E | Case Number: 05 B 43091 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/8/08 | Filed: 10/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: May 22, 2008
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,461.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,330.18 |
| Trustee Fee: | | 130.82 |
| Other Funds: | | 0.00 |
| Totals: | 2,461.00 | 2,461.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,330.18 |
| 2. | United Collection Bureau Inc | Unsecured | 21.50 | 0.00 |
| 3. | NCO Financial Systems | Unsecured | 16.19 | 0.00 |
| 4. | Russell Collection | Unsecured | 14.20 | 0.00 |
| 5. | Capital One | Unsecured | 200.53 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 270.89 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 83.54 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 405.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 34.59 | 0.00 |
| 10. | Columbia House | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | Guaranty Bank | Unsecured | | No Claim Filed |
| 13. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Illinois Bell Telephone | Unsecured | | No Claim Filed |
| 16. | MCI | Unsecured | | No Claim Filed |
| 17. | Applied Card System | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Providian | Unsecured | | No Claim Filed |
| 20. | First Premier | Unsecured | | No Claim Filed |
| 21. | Swiss Colony | Unsecured | | No Claim Filed |
| 22. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| | | | $ 3,440.44 | $ 2,330.18 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Walton Sr, Ronald E

Printed:  7/8/08

Case Number:  05 B 43091

Judge:  Wedoff, Eugene R

Filed:  10/3/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.5% | 25.72 |
| 5% | 7.90 |
| 4.8% | 15.13 |
| 5.4% | 82.07 |
| | _____ |
| | $ 130.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

